IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JON EWING,<br><br>       Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN BANK OF DES MOINES, RICHARD SWANSON, NICHOLAS SPAETH, AND MICHAEL GUTTAU,<br><br>       Defendants. | No. 4:09-cv-106<br><br>NOTICE OF REMOVAL |

      Defendants Richard Swanson and Nicholas Spaeth hereby remove this action to the United States District Court for the Southern District of Iowa, Central Division, and in support of this removal state:

      1.      On January 6, 2009, this action was commenced against the Defendants in the Iowa District Court for Polk County, and is now pending in that county captioned as *Jon Ewing v. Federal Home Loan Bank of Des Moines, Richard Swanson, Nicholas Spaeth, and Michael Guttau*, Law No. CL111575.

      2.      A copy of the Original Notice is attached to this Notice of Removal as Exhibit A and by this reference is incorporated herein.

      3.      A copy of the Petition at Law and Jury Demand is attached to this Notice of Removal as Exhibit B and by this reference is incorporated herein.

4.  A copy of Plaintiff's First Requests for Production of Documents served with the Original Notice and Petition at Law and Jury Demand is attached hereto as Exhibit C and by this reference is incorporated herein.

5.  A copy of Plaintiff's First Set of Interrogatories Provided to Defendants served with the Original Notice and Petition at Law and Jury Demand is attached hereto as Exhibit D and by this reference is incorporated herein.

6.  Service of the Original Notice and Petition at Law and Jury Demand was effected on Defendant Richard Swanson on February 24, 2009.

7.  Service of the Original Notice and Petition at Law and Jury Demand was effected on Defendant Nicholas Spaeth on March 10, 2009.

8.  There have been no further proceedings in the Iowa District Court for Polk County in this case.

9.  This action is a civil action arising out of the Plaintiff's past employment with the Federal Home Loan Bank of Des Moines.  Plaintiff has pled a violation of the Iowa Civil Rights Act, Iowa Code ch. 216, as well as a claim under Iowa Code ch. 729.

10. Defendant Federal Home Loan Bank is a federal instrumentality organized under the Federal Home Loan Bank Act, 12 U.S.C. §§ 1421, *et seq*.

11. As noted in Plaintiff's Petition at Law, Defendant Richard Swanson is the Chief Executive Officer and President of Defendant Federal Home Loan Bank of Des Moines.

12. In the instant lawsuit, Mr. Swanson has been sued in his capacity as Chief Executive Officer and President of Defendant Federal Home Loan Bank of Des Moines for

actions taken under color of such office in terminating Plaintiff's employment with the Federal Home Loan Bank of Des Moines.

13. Mr. Swanson has a colorable federal defense to Plaintiff's state law claims, because such claims are preempted by the Federal Home Loan Bank Act, 12 U.S.C. § 1432(a), which permits a Federal Home Loan Bank "to dismiss at pleasure" its employees.

14. As Mr. Swanson has been sued in his capacity as an officer (or any person acting under that officer) of the United States or any agency thereof for acts under color of such office, this action may be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), without regard to whether the codefendants consent to such removal.

15. As noted in Plaintiff's Petition at Law, Defendant Nicholas Spaeth is the Executive Vice President and Corporate Secretary, General Counsel, and Chief Risk Officer of Defendant Federal Home Loan Bank of Des Moines.

16. In the instant lawsuit, Mr. Spaeth has been sued in his capacity as Executive Vice President and Corporate Secretary, General Counsel and Chief Risk Officer of Defendant Federal Home Loan Bank of Des Moines for actions taken under color of such office in terminating Plaintiff's employment with the Federal Home Loan Bank of Des Moines.

17. Mr. Spaeth has a colorable federal defense to Plaintiff's state law claims, because such claims are preempted by the Federal Home Loan Bank Act, 12 U.S.C. § 1432(a), which permits a Federal Home Loan Bank "to dismiss at pleasure" its employees.

18. As Mr. Spaeth has been sued in his capacity as an officer (or any person acting under that officer) of the United States or any agency thereof for acts under color of such office,

this action may be removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), without regard to whether the codefendants consent to such removal.

19. In any event, to Defendants' knowledge, none of the remaining codefendants have yet been served with the Original Notice and Petition at Law and Jury Demand.

20. This Notice is filed with the Court within 30 days after service of the Original Notice and Petition at Law and Jury Demand on Defendants Richard Swanson and Nicholas Spaeth.

21. A copy of this Notice of Removal is being filed in the Iowa District Court for Polk County.

THEREFORE, Defendants Richard Swanson and Nicholas Spaeth give notice that the above-entitled action is removed from the Iowa District Court for Polk County to this Court.

> /s/Frank Harty
> /s/Debra L. Hulett
> Nyemaster, Goode, West,
>     Hansell & O'Brien, P.C.
> 700 Walnut Street, Suite 1600
> Des Moines, Iowa 50309
> Telephone: 515-283-3100
> Facsimile: 515-283-8045
> Email: fharty@nyemaster.com
> Email: dlhulett@nyemaster.com
>
> ATTORNEYS FOR DEFENDANTS

**Certificate of Service**

I hereby certify that on March 11, 2009, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification of such filing to the following:

Roxanne Barton Conlin
Roxanne Conlin & Associates, P.C.
The Griffin Building

319 Seventh Street, Suite 600
Des Moines, Iowa   50309
Email:  rconlin&roxanneconlinlaw.com

/s/ Debra L. Hulett