IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JON EWING,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN BANK OF DES MOINES, RICHARD SWANSON, NICHOLAS SPAETH, AND MICHAEL GUTTAU,<br><br>        Defendants. | No. 4:09-cv-106<br><br>AMENDED NOTICE OF REMOVAL |

Defendants Federal Home Loan Bank of Des Moines, Richard Swanson, Nicholas Spaeth, and Michael Guttau submit this Amended Notice of Removal to reflect service on all defendants and to assert an alternate basis for removal under 28 U.S.C. § 1441, and in support thereof state:

1. On January 6, 2009, this action was commenced against the Defendants in the Iowa District Court for Polk County, and was pending in that county captioned as *Jon Ewing v. Federal Home Loan Bank of Des Moines, Richard Swanson, Nicholas Spaeth, and Michael Guttau*, Law No. CL111575.

2. A copy of the Original Notice is attached to the Amended Notice of Removal as Exhibit A and by this reference is incorporated herein.

3. A copy of the Petition at Law and Jury Demand is attached to the Amended Notice of Removal as Exhibit B and by this reference is incorporated herein.

4. A copy of Plaintiff's First Requests for Production of Documents served with the Original Notice and Petition at Law and Jury Demand is attached to the Amended Notice of Removal as Exhibit C and by this reference is incorporated herein.

5. A copy of Plaintiff's First Set of Interrogatories Provided to Defendants served with the Original Notice and Petition at Law and Jury Demand is attached to the Amended Notice of Removal as Exhibit D and by this reference is incorporated herein.

6. A copy of the Notice of Removal of Civil Action filed with the Iowa District Court in and for Polk County on March 11, 2009 is attached to the Amended Notice of Removal as Exhibit E and by this reference is incorporated herein.

7. Service of the Original Notice and Petition at Law and Jury Demand was effected on Defendant Richard Swanson on February 24, 2009.

8. Service of the Original Notice and Petition at Law and Jury Demand was effected on Defendant Nicholas Spaeth on March 10, 2009.

9. Service of the Original Notice and Petition at Law and Jury Demand was effected on Defendant Michael Guttau on March 3, 2009.

10. Service of the Original Notice and Petition at Law and Jury Demand was effected on Defendant Federal Home Loan Bank of Des Moines on March 3, 2009.

11. There have been no further proceedings in the Iowa District Court for Polk County in this case.

12. This action is a civil action arising out of the Plaintiff's past employment with the Federal Home Loan Bank of Des Moines. Plaintiff has pled a violation of the Iowa Civil Rights Act, Iowa Code ch. 216, as well as a claim under Iowa Code ch. 729.

13. Defendant Federal Home Loan Bank of Des Moines is a federal instrumentality organized under the Federal Home Loan Bank Act, 12 U.S.C. §§ 1421, *et seq*.

14. As a federally chartered entity, Defendant Federal Home Loan Bank of Des Moines is subject to the "sue and be sued" clause of the statute enacting the federal corporate charter for Federal Home Loan Banks. 12 U.S.C. § 1432. The statute confers federal subject matter jurisdiction over cases in which a Federal Home Loan Bank such as the Federal Home Loan Bank of Des Moines is a party. 12 U.S.C. § 1432; *see also American National Red Cross v. S.G.*, 505 U.S. 247, 257 (1992); *Pirelli Armstrong Tire Corp. Retiree Medical Benefits Trust v. Raines*, 534 F.3d 779, 788 (D.C. Cir. 2008).

15. This action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441 without regard to the citizenship or residence of the parties.

16. Defendants Richard Swanson, Nicholas Spaeth, and Michael Guttau hereby consent to the removal.

17. This Amended Notice of Removal is filed with the Court within 30 days after service of the Original Notice and Petition at Law and Jury Demand on Defendants.

18. A copy of the Amended Notice of Removal is being filed in the Iowa District Court for Polk County.

THEREFORE, Defendants Richard Swanson, Nicholas Spaeth, Federal Home Loan Bank of Des Moines, and Michael Guttau give notice that the above-entitled action is removed from the Iowa District Court for Polk County to this Court.

/s/Frank Harty
/s/Debra L. Hulett
Nyemaster, Goode, West,
　　Hansell & O'Brien, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: fharty@nyemaster.com
Email: dlhulett@nyemaster.com
ATTORNEYS FOR DEFENDANTS

**Certificate of Service**

I hereby certify that on March 23, 2009, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification of such filing to the following:

Roxanne Barton Conlin
Roxanne Conlin & Associates, P.C.
The Griffin Building
319 Seventh Street, Suite 600
Des Moines, Iowa   50309
Email:  rconlin&roxanneconlinlaw.com

/s/ Debra L. Hulett